FILED
RICHARD W. NAGEL
CLERK OF COURT
2016 MAY 27 AM 8:29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16CR058 |
| Plaintiff, | : | |
| | : | JUDGE JUDGE BLACK |
| v. | : | |
| | : | INFORMATION |
| HOLT PARKER, | : | |
| | : | 18 U.S.C. § 2252(a)(4)(B) and (b)(2) |
| Defendant. | : | Forfeiture Allegation |
| | : | |

THE ACTING UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### (Possession of Child Pornography)

On or about March 15, 2016, in the Southern District of Ohio, the defendant, **HOLT PARKER**, did knowingly possess at least one matter which contained a visual depiction, as defined in Title 18 United States Code Section 2256(5), that had been shipped and transported using any means and facility of interstate and foreign commerce, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18 United States Code Section 2256(2)(B), and such visual depiction was of such conduct.

**All in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).**

### FORFEITURE ALLEGATION

Upon conviction of an offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States the defendant's interest in:

1. All visual depictions, in any form, described in section 2251, 2251A, or 2252, and any book, magazine, periodical, film, video tape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, Chapter 110;

1

2. All property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. All property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property including, but not limited to:

    a. Apple iPhone, Model A1532, white in color;

    b. iPod, 30 GB, Serial Number 8K70623CV9M;

    c. iPad, Serial Number DMPKJP60F183;

    d. iPad, Serial Number DMPKKIWQF182;

    e. Canon Powershot Camera A710IS with 16 GB Lexar SD card;

    f. Canon SD Card 16 MB, Serial Number BQ7CB100897;

    g. White flash drive, Model FD128, Serial Number 01342;

    h. Western Digital hard drive, Serial Number WCAUF1600338 with power cord;

    i. Iomega portable hard drive with power cord, metallic brown in color;

    j. Seagate portable hard drive with power cord, Serial Number 5LZ15P2D;

    k. Macbook Air with power cord, Serial Number C02HQ0AKDJWR;

    l. iMac with power cord, Serial Number W874013KX8A;

    m. Powerbook G4;

    n. Powerbook, Model 190CS, Serial Number EE53609P4ZP;

    o. iMac, Serial Number 825-4567-A;

    p. Canon Powershot S200; Digital ELPH Number 4823401535;

    q. Verbatim USB thumb drive, 64 GB, Serial Number 1209000000000092, black in color; and

    r. All additional items seized, including, but not limited to: all storage media (micro SD cards, 8mm video tapes, Zip drives, CDs, mini CDs, CDRs, DVDs, mini DVDs, floppy disks, VHS tapes, and cassette tapes), documents, packages and photographs.

**All pursuant to 18 U.S.C. § 2253(a)(1) - (3).**

BENJAMIN C. GLASSMAN
ACTING UNITED STATES ATTORNEY

KYLE J. HEALEY
ASSISTANT UNITED STATES ATTORNEY